**FILED**
**AUG 28 2018**
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § | **EXHIBIT AND WITNESS LIST** **DETENTION HEARING - August 28, 2018** Case Number: SA:18-CR-00603(1)-DAE |
| vs. | |
| (1) BRADLEY LANE CROFT *Defendant* | |

| Presiding Judge RICHARD B. FARRER | Plaintiff's Attorney Greg Surovic | Defendant's Attorney Thomas Joseph McHugh |
|---|---|---|
| Trial/Hearing Date August 28, 2018 | Court Reporter FTR Gold | Courtroom Deputy Magda Muzza |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| G-1 | | 08/28/18 | X | X | Binder |
| G-2 | | 08/28/18 | X | X | Audio Tape |
| G-3 | | 08/28/18 | X | X | Video |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GW-1 | | | | | DPS Special Agent Sharliegh Drake |
| GW-2 | | | | | Mistie Murphy |
| GW-3 | | | | | Barbara Lowery |
| GW-4 | | | | | IRS Agent Sean Scott |
| | | | | | |
| | DW-1 | | | | Rachel Valdez McCabe |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.