# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NO: SA-18-CR-603-DAE |
| BRADLEY LANE CROFT(1), ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, COMES NOW the Defendant, Bradley Lane Croft by and through his counsel and respectfully files this Defendant's Witness List.

1. Beebe Glasgow
2. SAPD Officer CJ James
3. ACS Charlie Gibson
4. Angie Gilstrap
5. Jonathan Lawrenz
6. ACS Kateri Miller
7. Fred Olivares

Respectfully submitted,

/s/ Thomas Joseph McHugh
THOMAS JOSEPH MCHUGH

**Law Office of Thomas J. McHugh LLC**
106 S. St. Mary's, Ste. 260
San Antonio, TX  78205
Telephone: (210) 227-4662
Facsimile:  (210) 227-1501
STATE BAR NO. 13675000
thomasjmchughlaw@gmail.com

1

/S/William A. Brooks
William A. Brooks

**The Law Office of William A. Brooks**
405 S. Presa Street
San Antonio, Texas 78205
TBN: 24064963
Telephone: (210) 223-4080
Facsimile:  (210) 568-6343
brookslawyer@gmail.com


### CERTIFICATE OF SERVICE

   I hereby certify that on the 28th day of July, 2019, I electronically filed the foregoing Witness List with the Clerk of Court using the CM/ECF system which will send notification of such filing to **Greg Surovic**, Assistant United States Attorney, San Antonio Division, Western District of Texas.

/s/ Thomas Joseph McHugh
THOMAS JOSEPH MCHUGH
