IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
) NO: SA-18-CR-603-DAE
BRADLEY LANE CROFT(1), )
)
        Defendant. )

**DEFENDANT'S THIRD AMENDED EXHIBIT LIST**

| Exh.# | Description | Marked | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| | | | | | |
| 1 | Animal Control Services (ACS) Records Dogs Seized from 15329 Tradesman | | | | |
| 2-A | Emails Croft to Glasgow- Training Locations | | | | |
| 2-B | Emails Croft, Glasgow & Santos-Permission Santos | | | | |
| 2-C | Emails Croft & Glasgow-Exemption | | | | |
| 2-D | Email Glasgow & Santos-Extension Request | | | | |
| 2-E | Email Croft & Glasgow-Application Changes | | | | |
| 2-F | Emails Croft & Glasgow Supplementing Application | | | | |
| 2-G | Emails Glasgow & Croft-Requirements | | | | |
| 2-H | Email Croft & Glasgow-Lack of Uniformity | | | | |
| 2-I | Email Croft to Glasgow-Media Coverage | | | | |
| 2-J | Email Croft to Glasgow- Starmark | | | | |
| 3-A | Photograph of Front of 15329 Tradesman | | | | |
| 3-B | Photograph of North Side of 15329 Tradesman | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3-C** | Photo of South Side of 15329 Tradesman | | | | |
| **3-D** | Photograph of Gated Entrance of 15329 Tradesman | | | | |
| **3-E** | Photograph of Trailer Side | | | | |
| **3-F** | Photograph of Kennels 15329 Tradesman | | | | |
| **3-G** | Photograph of Trailer Front | | | | |
| **3-H** | Photograph of Truck & Flatbed Trailer | | | | |
| **3-I** | Photograph of Truck & UK9 Trailer | | | | |
| **3-J** | Photograph of Trailer R.V. and Trucks | | | | |
| **3-K** | Photograph of Kennels & UK9 Trailer Side | | | | |
| **3-L** | Photograph of Kennels & UK9 Trailer Front | | | | |
| **3-M** | Photograph of R.V. Front. | | | | |
| **3-N** | Photograph of Trailer Entrance | | | | |
| **3-O** | Photograph of Rear Trailer Area | | | | |
| **3-P** | Photograph of Close-up View Rear Trailer Area | | | | |
| **3-Q** | Photograph of R.V. Hook Up | | | | |
| **3-R** | Photograph of Trailer Interior | | | | |
| **4-A** | Photograph of Hallway Tradesman | | | | |
| **4-B** | Photograph of Room B Tradesman | | | | |
| **4-C** | Photograph of Ceiling and Floor Room B Tradesman | | | | |
| **4-D** | Photograph of Hallway Work Tradesman | | | | |
| **4-E** | Photograph of Construction Tradesman | | | | |
| **4-F** | Photograph of Construction Room F | | | | |
| **4-G** | Photograph of Desk Wheelbarrow Room F | | | | |
| **4-H** | Photograph of Classroom Tradesman | | | | |
| **4-I** | Photograph of Classroom & Door Tradesman | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 4-J | Photograph of Room H Tradesman | | | | |
| 4-K | Photograph of Hallway Tradesman Classrooms | | | | |
| 4-L | Photograph of Classroom K Tradesman | | | | |
| 4-M | Photograph of Carpet Removal Tradesman | | | | |
| 4-N | Photograph of Work on Floor Tradesman | | | | |
| 4-O | Photograph of Trim and Wiring Tradesman | | | | |
| 4-P | Photograph of Copier Room Tradesman | | | | |
| 4-Q | Photograph of Repairs Copier Room Tradesman | | | | |
| 4-R | Photograph of Trim Removed Tradesman | | | | |
| 4-S | Photograph of Restroom Repair Tradesman | | | | |
| 4-T | Photograph of Tools at Tradesman | | | | |
| 5 | Canyon Lake Animal Shelter Records | | | | |
| 6 | Lawrenz Payment | | | | |
| 7 | Photograph Underwood | | | | |
| 8 | Photograph Underwood and Nunez | | | | |
| 9-A | Title 2009 Yamaha Jet Ski | | | | |
| 9-B | Title 2016 Yamaha Jet Ski | | | | |
| 10 | NBC News Story Madison PD K9 Jaco | | | | |
| 11 | Pictures Depicting Cooks Lifestyle | | | | |
| 12 | Cook trip to Wyndham San Jose 20180329 | | | | |
| 13 | Bank of America Universal K9 Inc statement July 2017 | | | | |
| 14 | Whatsapp conversation Ric with female trip to Costa Rica | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Text Rick booking prostitution 20180517 | | | | |
| 16 | texts Rick-Wes Clark discussing course options 20180614 | | | | |
| 17 | texts Rick-Villareal re schedule, course, details July 2018 | | | | |
| 18 | FBI Travel log Cook | | | | |
| 19 | Transaction 10K to Ancira for Richard Cook 20161202 | | | | |
| 20 | Assortment Cook travel bookings, photos, tax info | | | | |
| 21 | Brag rec. ltr. Brad-Boots-Chain-Ltr. Keeling from Bragg 20141124 | | | | |
| 22 | 6 Western Union Money Orders 1K for truck | | | | |
| 23 | 2017 Dodge Ram for Cook transaction | | | | |
| 24 | FCS Vendor file Request form | | | | |
| 25 | Ltrs. Re termination of students Cook, Ltr to Coburn Cook | | | | |
| 26 | texts exchange Cook-Cameron re tasking Cameron to call vets April to July 2018 | | | | |
| 27 | Imessage to Cook to call best containers 20180405 | | | | |
| 28 | Text exchange Cook discussing insurance policy for UK9 April May 2018 | | | | |
| 29 | Message to Cook re being HIS tenant at tradesman 20190629 | | | | |
| 30 | Statement of Richard Cook | | | | |
| 31 | Email Cook-Ward-Croft re promotion for UK9 May 2017 | | | | |
| 32 | Cook MOI 20180801 | | | | |
| 33 | Text exchange Rick-Lilly re money, work, UK9 info | | | | |
| 34 | Ltrs. Re. students terminated and ltr. To Palsek refrenced in #67 | | | | |
| 35 | Cook Credit Debit Cards plus Spanish language hospital card | | | | |
| 36 | Wells Fargo Act. #7869 Claim 20180412 and wire transfer picture | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | Pictures Cook material goods- lifestyle | | | | |
| 38-A | Cook counting money video | | | | |
| 38-B | Cook touring truck with cash on passenger seat | | | | |
| 38-C | Cook touring truck with cash on passenger seat v2 | | | | |
| 38-D | Cook material items | | | | |
| 38-E | Cook Driving truck to house IMG_0548 | | | | |
| 39 | Money transfer Documentation Cook | | | | |
| 40 | Money Order to Ancira for UK9 Cook for 10K 20161202 | | | | |
| 41 | BA Card in name of UK9 Richard Cook for Act. #7217 | | | | |
| 42 | Coburn email to Croft 20151104 | | | | |
| 43 | Peek Stephen FD302 20180606 Pages from Croft Case File-2 | | | | |
| 44 | Emails from Croft to Paladino | | | | |
| 45 | Jevning Pages from 50143-2 | | | | |
| 46 | Email from Coburn to Bean 50086 | | | | |
| 47 | KSAT News Article with Nunez | | | | |
| 48 | Nunez and Underwood dining | | | | |
| 49 | Keeling Bragg Teaching UK9 Class | | | | |
| 50 | Group Picture 20150419 | | | | |
| 51 | Wes Keeling UK9 Business Card. | | | | |
| 52 | Keeling email to Croft with Resume | | | | |
| 53 | Wes Resume 2 | | | | |
| 54 | Keeling Wesley VA-OIG interview transcript | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55 | Keeling Croft Dog Tracking | | | | |
| 56 | Keeling Cook Bragg Picture | | | | |
| 57 | 9 10 2015 Dustin Bragg Resume BC 12 18 2018 | | | | |
| 57-A | Scanned from ROPD Xerox BC 12 18 2018 | | | | |
| 58 | Dustin Bragg Croft | | | | |
| 59-A | 5 10 2015 Keeling BC 12 18 2018 | | | | |
| 59-B | Wes VA Letter BC 12 18 2018 | | | | |
| 59-C | letter to VA BC 12 18 2018 | | | | |
| 59-D | 20150510114549243 BC 12 18 2018 (1) | | | | |
| 60 | SAPD CJ James email 20130827 | | | | |

Respectfully submitted,

/S/ Thomas Joseph McHugh

THOMAS JOSEPH MCHUGH
130 E. Travis St. Suite #425
San Antonio, TX 78205
Telephone: (210) 227-4662
Facsimile: (210) 227-1501
STATE BAR NO. 13675000

thomasjmchughlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2019, I electronically filed the foregoing

Exhibit List with the Clerk of Court using the CM/ECF system which will send notification of such filing to **Greg Surovic and Fidel Esparza**, Assistant United States Attorney, San Antonio Division, Western District of Texas.

/s/ Thomas Joseph McHugh
THOMAS JOSEPH MCHUGH
