# FILED

## OCT 1 6 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Universal K-9, Inc. Certificate of Formation | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-2 | Redonte Company, LLC formation documents | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-3 | Universal K-9 Assumed Name Certificate | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-4 | Universal K-Nine formation documents | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-5 | TVC Education Certification Application Guidance | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6 | Texas Veterans Commission (TVC) Application documents submitted for Universal K-9 (Contents on Disk) | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-A | TVC Application Documents dated 01_18_2013 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-B | TVC Application Documents dated 09_26_2013 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-C | TVC Application Documents dated 09_29_2013 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-D | TVC Application Documents dated 10_16_2013 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-E | TVC Application Documents dated 06_13_2015 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-F | TVC Application Documents dated 10_04_2015 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-G | TVC Application Documents dated 03_02_2016 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-H | TVC Application Documents dated 04_10_2017 | No | 10/4/2019 12:10 PM | 10/4/2019 12:10 PM |
| Gov-6-I | Timeline dtd 11.30.15 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-6-J | Application concerns Jul 2015 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-7 | TVC Approval Letter dated 06_10_2016 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-8 | VA Approval Letter dated 06_24_2016 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-9 | Death Certificate for Arthur Underwood | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10 | Bank of America records for Account No. XXXXXXXX8171 (Contents on Disk) | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-A | Account statement for period ending May 31, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-B | Account statment for period ending July 31, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-C | Account statement for period ending August 31, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-D | Account statment for period ending September 30, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-E | Account statment for period ending October 31, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |

| | | | | |
|---|---|---|---|---|
| Gov-10-F | Account statment for period ending November 30, 2017 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-G | Withdrawal debit receipt dated October 26, 2016 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-10-H | Withdrawal debit reciept dated September 20, 2016 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11 | Wells Fargo Bank records for Account No. XXXXXXXX1730 (Contents on Disk) | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-A | Account Statement and documents for January 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-B | Account Statement and documents for February 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-C | Account Statement and documents for March 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-D | Account Statement and documents for April 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-E | Signature cards for Wells Fargo account 1730 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-F | Wells Fargo Cashiers Check Credit Copy for Cashiers Check issued February 22, 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-G | Withdrawal Slip dated April 25, 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-H | Wells Fargo Cashiers Check Credit Copy for Cashiers Check issued April 25, 2018 | No | 10/4/2019 12:11 PM | 10/4/2019 12:11 PM |
| Gov-11-I | Wells Fargo Cashiers Check Credit Copy for Cashiers Check issued April 16, 2018 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12 | VA Claim files for Universal K-9 (Contents on Disk) | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-A | VA Claim File 642161775 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-B | VA Claim File 608502940 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-C | VA Claim File 635050120 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-D | VA Claim File 375961984 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-E | VA Claim File 635347422 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-F | VA Claim File 171684140 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-G | VA Claim File 631054077 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-12-H | VA Claim File 429816546 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-13 | Summary of VA payments | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-14 | Universal K-9 Student Handbook | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-15 | Motor Home Specialists LP Records concerning the sale of the 2017 American Eagle 45T motorhome | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-16 | Bank of America records for Account No. XXXXXXXX3782, XXXXXXXX8171, XXXXXXXX3782, and XXXXXXXX7217 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-16-A | Account Statement for period ending May 24, 2017 with wire transfer documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-16-B | Signature card for Bank of America account 8171 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |

| Gov-16-C | Signature card for Bank of America account 3782 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
|---|---|---|---|---|
| Gov-16-D | Signature card for Bank of America account 7217 | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17 | Union Bank and Trust records for Account No. XXXXXXX8205 (Contents on Disk) | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-A | Account Statement for period ending August 6, 2017 with documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-B | Account Statement for period ending September 5, 2017 with documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-C | Account Statement for period ending October 5, 2017 with documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-D | Account Statement for period ending November 5, 2017 with documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-E | Account Statement for period ending December 5. 2017 with documents | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-F | Cashiers Check# 3432557 drawn from Union Bank and Trust | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-G | Cashiers Check# 3432553 drawn from Union Bank and Trust | No | 10/4/2019 12:12 PM | 10/4/2019 12:12 PM |
| Gov-17-H | Cashiers Check# 3432554 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-I | Cashiers check# 3422473 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-J | Cashiers check# 3423125 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-K | Cashiers check# 3417269 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-L | Cashiers check# 3426219 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-M | Cashiers check# 3427686 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-N | Casheirs check# 3429091 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-17-O | Cashiers check# 3434869 drawn from Union Bank and Trust | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-18 | Alamo Title Company closing documents related to 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-19 | Summary of payments made on the 2017 American Eagle 45T motorhome | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-20 | IRS 1040 for tax year 2016 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-21 | IRS 1040 for tax year 2017 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-22 | IRS Form 1023 Application Universal K-9 tax year 2015 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-23 | IRS Form 990-PF tax year 2016 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-24 | IRS Form 990-PF tax year 2017 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-25 | Texas DPS Private Security Bureau Application | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-26 | Ingram Park Chrysler Jeep Dodge Inc. Records concerning sale of a 2017 Ram 1500 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-27 | Red McCombs Ford Records concerning the sale of a 2018 Ford F-150 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |

| | | | | |
|---|---|---|---|---|
| Gov-28 | Ancira Chrysler Jeep Dodge Ram Records concerning the sale of a 2016 Ram 1500 pickup truck | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-29 | San Marcos Chrysler Dodge Jeep Ram records concerning the sale of a 2014 Ram 1500 pickup truck | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-30 | IRS Form 5278 | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-31 | Medical Procedure Cost Estimate | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-A | Photograph of the front of 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-B | Close Up Photograph of the front of 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-C | Photograph of side of 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-D | Photograph of side entrance into 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-E | Photograph of parking lot of 15329 Tradesman | No | 10/4/2019 12:13 PM | 10/4/2019 12:13 PM |
| Gov-32-F | Photograph of rear corner of 15329 Tradesman | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-32-G | Photograph of rear parking lot of 15329 Tradesman | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-32-H | Photograph of rear of 15329 Tradesman | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-32-I | Photograph of kennels at Tradesman | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-32-J | Photograph of kennels at 15329 Tradesman | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-A | Photograph of front of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-B | Photograph of side of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-C | Photograph of rear driver's side of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-D | Photograph of rear of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-E | Photograph of bedroom in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-F | Photograph of bedroom in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-G | Photograph of restroom in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-H | Photograph of restroom sink in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-I | Photograph of shower in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-J | Photograph of front console of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-K | Photograph of restroom in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-L | Close up photograph of front console of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-M | Business card found in front console of 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-N | Photograph of living room drawer in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Gov-33-O | Photograph of contents in living room drawer in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-33-P | Photograph of debit card found in living room drawer in 2017 American Eagle motorhome | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-A | Photograph of front of 2018 Ford F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-B | Photograph of driver's side of 2018 Ford F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-C | Photograph of rear of 2018 Ford F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-D | Photograph of security tag on 2018 Ford F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-E | Photograph of VIN# for 2018 F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-F | Photograph of center console in 2018 Ford F-150 | No | 10/4/2019 12:14 PM | 10/4/2019 12:14 PM |
| Gov-34-G | Photograph of contents of center console in 2018 Ford F-150 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-34-H | Photograph of debit card found in 2018 Ford F-150 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-35-A | Photograph of driver's side of Ford F-150 LP# KNR 7027 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-35-B | Photograph of center console of Ford F-150 LP# KNR 7027 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-35-C | Photograph of business card in Ford F-150 LP# KNR 7027 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-35-D | Photograph of business card found in Ford F-150 LP# KNR 7027 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-36-A | Photograph of jetskis on trailer | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-36-B | Photograph of WaverRunner | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-36-C | Photograph of Superjet | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-37-A | Photograph of the front of 2017 Dodge Ram | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-37-B | Photograph of driver's side of 2017 Dodge Ram | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-37-C | Photograph of rear of 2017 Dodge Ram | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-37-D | Photograph of VIN# in 2017 Dodge Ram | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-38 | J&C in SA-98-CR-094-OLG | No | | |
| Gov-39 | Tax refund check for tax year 2016 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-40 | Tax refund check for tax year 2017 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-41 | Union Bank and Trust Records for Account No. XXXX1713 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-42 | Surgical Price Estimate | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-43 | Alliant Credit Union Records | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-43-A | Account Statement for period ending July 31, 2017 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-43-B | Account Statement for period ending August 31, 2017 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |

| | | | | |
|---|---|---|---|---|
| Gov-43-C | Account Statement for period ending September 30, 2017 | No | 10/4/2019 12:15 AM | 10/4/2019 12:15 PM |
| Gov-43-D | Account Statement for period ending October 31, 2017 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-43-E | Account Statement for period ending November 30, 2017 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-44 | IRS Form 990-PF tax year 2015 | No | 10/4/2019 12:15 PM | 10/4/2019 12:15 PM |
| Gov-45 | Stipulation of Fact | No | 10/9/2019 9:25 AM | 10/9/2019 9:25 AM |
| Gov-46 | Stipulation of Testimony of Kathleen Davis | No | 10/9/2019 10:58 AM | 10/9/2019 10:58 AM |
| Gov-47 | Stipulation of Testimony of Dominic Alongi | No | 10/11/2019 2:30 PM | 10/11/2019 2:30 PM |
| Def-Croft-1 | Animal Control Services (ACS) Records Dogs Seized from 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-A | Emails Croft to Glasgow-Training Locations | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-B | Glasgow Croft Emails- Permission Santos | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-C | Glasgow Croft Emails- Exemption | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-D | Email Glasgow to Santos- Extension Request | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-E | Email Croft to Glasgow-Application Changes | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-F | Glasgow and Croft Emails Suplementing Application | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-G | Glasgow and Croft Emails Requesting Hard Copy | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-H | Glasgow Croft Email-Lack of Uniformity | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-I | Croft email to Glasgow Media Coverage | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-2-J | Croft Email to Glasgow Distinguishing Starmark | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-A | Front of 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-B | Side of 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-C | South Side of 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-D | Gated Entrance of 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-E | Trailer Side | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| | | No | 10/4/2019 | |

| | | | | |
|---|---|---|---|---|
| Def-Croft-3-F | Kennels 15329 Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-G | Trailer Front | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-H | Photograph of Truck & Flatbed Trailer | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-I | Truck & UK9 Trailer | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-J | Trailer R.V. and Trucks | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-K | Kennels & UK9 Trailer Side | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-L | Kennels & UK9 Trailer Front | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-M | R.V. Front | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-N | Trailer Entrance | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-O | Photograph of Rear Trailer Area | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-P | Photograph of Close-up View Rear Trailer Area | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-Q | R.V.Hook Up | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-3-R | Photograph of Trailer Interior | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-A | Photograph of Hallway Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-B | Photograph of Room B Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-C | Photograph of Ceiling and Floor Room B Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-D | Photograph of Hallway Work Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-E | Photograph of Construction Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-F | Photograph of Construction Room F | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-G | Photograph of Desk Wheelbarrow Room F | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-H | Photograph of Classrom Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |

| | | | | |
|---|---|---|---|---|
| Def-Croft-4-I | Photograph of Classroom & Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-J | Photograph of Room H Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-K | Photograph of Hallway Tradesman Classrooms | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-L | Photograph of Classroom K Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-M | Photograph of Carpet Removal Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-N | Photograph of Work on Floor Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-O | Photograph of Trim and Wiring Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-P | Photograph of Copier Room Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-Q | Photograph of Repairs Copier Room Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-R | Photograph of Trim Removed Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-S | Photograph of Restroom Repair Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-4-T | Photograph of Tools Room U Tradesman | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-5 | 5-Canyon Lake Animal Shelter Records | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-6 | 6-Lawrenz Payment | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-7 | Photograph Underwood | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-8 | Photograph Underwood and Nunez | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-9-A | Title 2009 Yamaha Jet Ski | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-9-B | Title 2016 Yamaha Jet Ski | No | 10/4/2019 12:28 PM | 10/4/2019 12:28 PM |
| Def-Croft-10 | NBC News Story Madison PD K9 Jaco | No | | |
| Def-Croft-11 | Pictures Depicting Cooks Lifestyle-25347-25399 | No | | |
| Def-Croft-12 | Cook trip to Wyndham San Jose 20180329-25496-25498 | No | | |
| Def-Croft-13 | Bank of America Universal K9 Inc statement July 2017-25499-25506 | No | | |
| Def-Croft-14 | Whatsapp conversation Ric with female trip to Costa Rica-25507 | No | | |

| Def-Croft-15 | Text Rick booking prostitution 20180517-25508-25515 | No |
|---|---|---|
| Def-Croft-16 | texts Rick-Wes Clark discussing course options 20180614-25617-257618 | No |
| Def-Croft-17 | texts Rick-Villareal re schedule, course, details July 2018 25619-25621 | No |
| Def-Croft-18 | FBI Travel log Cook-25662-25665 | No |
| Def-Croft-19 | Transaction 10K to Ancira for Richard Cook 20161202-25666-25669 | No |
| Def-Croft-20 | Assortment Cook travel bookings, photos, tax info -25671-25704 | No |
| Def-Croft-21 | Brag rec. ltr. Brad-Boots-Chain-Ltr. Keeling from Bragg 20141124 25709-25713 | No |
| Def-Croft-22 | 6 Western Union Money Orders 1K for truck 25714-25724 | No |
| Def-Croft-23 | 2017 Dodge Ram for Cook transaction-25786-257807 | No |
| Def-Croft-24 | FCS Vendor file Request form-25844 | No |
| Def-Croft-25 | Ltrs. Re termination of students Cook, Ltr to Coburn Cook-22013-22017 | No |
| Def-Croft-26 | texts exchange Cook-Cameron re tasking Cameron to call vets April to July 2018-22027-22036 | No |
| Def-Croft-27 | Imessage to Cook to call best containers 20180405-22047 | No |
| Def-Croft-28 | Text exchange Cook discussing insurance policy for UK9 April May 2018-22048-22052 | No |
| Def-Croft-29 | Message to Cook re being HIS tenant at tradesman 20190629-22068 | No |
| Def-Croft-30 | Statement of Richard Cook-22086-22087 | No |
| Def-Croft-31 | Email Cook-Ward-Croft re promotion for UK9 May 2017-22088-22092 | No |
| Def-Croft-32 | Cook MOI 20180801-22093-22096 | No |
| Def-Croft-33 | Text exchange Rick-Lilly re money, work, UK9 info-22098-22176 | No |
| Def-Croft-34 | Ltrs. Re. students terminated and ltr. To Palsek refrenced in #67-22179-22184 | No |
| Def-Croft-35 | Cook Credit Debit Cards plus Spanish language hospital card-22189-22211 | No |
| Def-Croft-36 | Wells Fargo Act. #7869 Claim 20180412 and wire transfer picture 22212-22213 | No |
| Def-Croft-37 | Pictures Cook material goods- lifestyle-22531-22573 | No |
| Def-Croft-38-A | Cook counting money video IMG_0579 | No |
| Def-Croft-38-B | Cook touring truck with cash on passenger seatIMG_0639 | No |
| Def-Croft-38-C | Cook touring truck with cash on passenger seat v2 | No |
| Def-Croft-38-D | IMG_0646 Cook material items | No |

| | | | | |
|---|---|---|---|---|
| Def-Croft-38-E | Cook Driving truck to house IMG_0548 | No | | |
| Def-Croft-39 | Money transfer Documentation Cook 22580-22796 | No | | |
| Def-Croft-40 | Money Order to Ancira for UK9 Cook for 10K 20161202-22844-22846 | No | | |
| Def-Croft-41 | BA Card in name of UK9 Richard Cook for Act. #7217 -22880 | No | | |
| Def-Croft-42 | Coburn email to Croft 20151104 50107 | No | | |
| Def-Croft-43 | Peek Stephen FD302 20180606 Pages from Croft Case File-2 | No | | |
| Def-Croft-44 | Emails from Croft to Paladino 50011-50012 | No | 10/8/2019 3:04 PM | 10/8/2019 3:04 PM |
| Def-Croft-45 | Group Picture 20150419 | No | | |
| Def-Croft-46 | Email from Coburn to Bean 50086 | No | 10/8/2019 4:02 PM | 10/8/2019 4:02 PM |
| Def-Croft-47 | KSAT News Article wih Nunez | No | | |
| Def-Croft-48 | Nunez and Underwood dining | No | 10/16/2019 2:23 PM | 10/16/2019 2:23 PM |
| Def-Croft-49 | Keeling Bragg Teaching UK9 Class | No | | |
| Def-Croft-50 | Group Picture 20150419 | No | 10/9/2019 2:27 PM | 10/9/2019 2:27 PM |
| Def-Croft-51 | Wes Keeling UK9 Business Card | No | | |
| Def-Croft-52 | Keeling email to Croft with Resume | No | 10/10/2019 3:59 PM | 10/10/2019 3:59 PM |
| Def-Croft-53 | Wes Resume 2 | No | 10/10/2019 3:59 PM | 10/10/2019 3:59 PM |
| Def-Croft-54 | Keeling Wesley VA-OIG interview transcript | No | | |
| Def-Croft-55 | Keeling Croft Dog Tracking | No | | |
| Def-Croft-56 | Keeling Cook Bragg Picture | No | 10/10/2019 11:18 AM | 10/10/2019 11:18 AM |
| Def-Croft-57 | 9 10 2015 Dustin Bragg Resume BC 12_18_2018 | No | 10/10/2019 11:25 AM | 10/10/2019 11:25 AM |
| Def-Croft-57-A | Scanned from ROPD Xerox BC 12_18_2018 | No | 10/10/2019 11:25 PM | 10/10/2019 11:25 PM |
| Def-Croft-58 | Dustin Bragg Croft | No | 10/10/2019 11:25 AM | 10/10/2019 11:25 AM |
| Def-Croft-59-A | 5 10 2015 Keeling BC 12_18_2018 | No | 10/10/2019 4:14 PM | 10/10/2019 4:14 PM |
| Def-Croft-59-B | Wes VA Letter BC 12_18_2018 | No | 10/10/2019 4:14 AM | 10/10/2019 4:14 PM |
| Def-Croft-59-C | letter to VA BC 12_18_2018 | No | 10/10/2019 4:14 PM | 10/10/2019 4:14 PM |
| Def-Croft-59-D | Keelying Certificate | No | 10/10/2019 4:15 PM | 10/10/2019 4:14 PM |

| Def-Croft-60 | SAPD CJ James email 20130827 | | No | | |
| Def-Croft-61 | Search Warrant Affidavit | | No | 10/16/2019 9:19 AM | 10/16/2019 9:19 AM |
| Def-Croft-62 | Scott email to Goldberg 20180803 re taxes | | No | 10/16/2019 9:45 AM | 10/16/2019 9:45 AM |
| Def-Croft-63 | Jevning Pages from 50143-2 | | No | 10/16/2019 9:15 AM | 10/16/2019 9:15 AM |
| Def-Croft-64 | Picture of Stanley, Keeling and Gilstrap | | No | 10/16/2019 2:17 PM | 10/16/2019 2:17 PM |
| Def-Croft-65 | Stanley LinkedIn Message 20131227 | | No | 10/16/2019 2:19 PM | 10/16/2019 2:19 PM |
| Def-Croft-66 | Keeling Acknowledging VA APPROVAL | | No | 10/16/2019 2:19 PM | 10/16/2019 2:19 PM |
| Def-Croft-67 | Keeling email 20160629 | | No | 10/16/2019 2:19 PM | 10/16/2019 2:19 PM |

Defense Counsel
William Brooks

Date: 10/15/19

Government Counsel
Gregory Surovic

Date: 16 October 2019